ALICE LOUISE JOHNSON, Plaintiff-Appellant, *v.* GEORGE MICHAEL JOHNSON, Defendant-Appellee.

(No. 73-407;

Second District (2nd Division)—February 3, 1975.

Opinion by Mr. JUSTICE DIXON.

Connolly, Oliver, Goddard, Coplan & Close, of Rockford, for appellant.

No brief for appellee.

ROBERT E. ANDERSON *et al.,* Plaintiffs-Appellees, *v.* THE CITY OF WHEATON, Defendant-Appellant.

(No. 73-100;

Second District (2nd Division)—February 3, 1975.